**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA : No. 11 MM 2020
:
:
:
v. :
:
:
SEAN DONAHUE :
:
:
PETITION OF: MARY V. DEADY, :
ESQUIRE

## ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of May, 2020, the Application to Withdraw as Counsel is GRANTED. The Prothonotary is DIRECTED to proceed with processing Sean Donahue's *pro se* Petition for Allowance of Appeal.